UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    - against -

JOSHUA SCHUSTER~~,~~
and SCHUSTER ENTERPRISES LLC,
             Defendants.

[~~Proposed~~] Order

No. 25 Civ. 3800 (JHR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, on July 14, 2025, the Government moved to intervene and for a full stay of the above-captioned case, in light of the pendency of the parallel criminal case *United States v. Joshua Schuster*, 25 Cr. 204 (VEC) (the "Criminal Case"), in which an indictment has been filed; and

      WHEREAS, ~~defendant Joshua Schuster consents to the requested stay;~~ defendants Joshua Schuster and Schuster Enterprises LLC consent to the requested stay, *see* ECF No. 15;

      WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a stay; and

      WHEREAS, the Court finds that a stay of this action is in furtherance of the public interest and will not prejudice any party; it is hereby

      **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

      **ORDERED** that proceedings in this action, are stayed in their entirety pending the conclusion of the Criminal Case, but without prejudice to any party's right to make a subsequent application to lift the stay and resume proceedings based on changed circumstances.  For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions, interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties'

obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety.

The parties must notify the Court within 14 days of resolution of the criminal case. The parties must file a status letter 120 days from the date of this Order and every 120 days thereafter until the criminal case is resolved.

The Clerk of Court is directed to terminate ECF Nos. 11 and 12.

SO ORDERED:

_____
THE HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

August 4, 2025
DATE