UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 25 Civ. 3800 (JHR) |
| -v.- | ORDER |
| JOSHUA SCHUSTER et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

On February 12, 2026, counsel for Defendants Joshua Schuster ("Schuster") and Schuster Enterprises LLC ("Schuster Enterprises")—Eric M. Creizman and Genny Ngai—moved to withdraw as attorneys for Schuster. *See* ECF No. 19. That same day, Mr. Creizman and Ms. Ngai submitted, *ex parte* by email, a declaration from Mr. Creizman and a memorandum of law in support of their motion. A motion requesting that "the Court permit the memorandum of law and declaration in support of [their] motion to withdraw be filed *ex parte* and under seal" has also been filed. *See* ECF No. 18.

On August 4, 2025, before issue was joined, this action was stayed pending resolution of Defendant Schuster's parallel criminal case, *United States v. Joshua Schuster*, 25 Cr. 204. *See* ECF No. 16. At a proceeding in that case on February 27, 2026, Mr. Schuster pleaded guilty to one count of securities fraud. *See United States v. Joshua Schuster*, 25 Cr. 204, ECF No. 29. His sentencing has been scheduled for July 9, 2026. *Id.*

Upon review of counsel's submissions, the Court concludes that "satisfactory reasons for withdrawal" have been shown. Local Civ. R. 1.4; *see also TufAmerica Inc. v. Codigo Music LLC*, No. 11 Civ. 1434 (ER), 2017 WL 3475499, at *5 (S.D.N.Y. Aug. 11, 2017) (observing that "a court has considerable discretion in deciding a motion for withdrawal of counsel") (citation

omitted).  Mr. Creizman and Ms. Ngai's motion to withdraw as counsel for Defendant Schuster is GRANTED.  To effectuate their withdrawal, Mr. Creizman and Ms. Ngai shall serve a copy of this Order on Mr. Schuster and file proof of such service on the docket by **April 3, 2026**.  Also by **April 3, 2026**, Mr. Creizman and Ms. Ngai shall file a letter confirming that they intend to continue serving as counsel for Defendant Schuster Enterprises.  By **April 17, 2026**, Defendant Schuster or his new counsel shall file a letter informing the Court whether Mr. Schuster has retained new counsel or wishes to proceed *pro se*.

In addition, counsel's motion to seal their *ex parte* declaration and memorandum of law, ECF No. 18, is GRANTED.  *See Luxwear Ltd. v. Adaptive Rsch. & Dev. Grp.*, 2023 WL 3010397, at *1 (S.D.N.Y. Mar. 28, 2023) ("[D]ocuments in support of motions to withdraw as counsel are routinely filed under seal where necessary to preserve the confidentiality of the attorney-client relationship between a party and its counsel." (internal quotation marks and citations omitted)).

The Clerk of Court is directed to terminate ECF Nos. 18 and 19.  The Clerk of Court is further directed to terminate Eric M. Creizman and Genny Ngai from the list of active counsel for Defendant Joshua Schuster.

 SO ORDERED.

Dated:  March 27, 2026
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2